MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CHARLES E. NASH vs. E&Y DEVELOPMENT, INC., ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:08-CV-00019-TMB

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID

APPEARANCES: PLAINTIFF: CHARLES E. NASH, PRO SE

DEFENDANT: KENNETH P. JACOBUS

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD MAY 17, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:09 a.m. court convened without the 33 prospective jury panel.

Court and counsel heard re proposed voir dire questions, jury instructions and jury selection.

At 10:39 a.m. 33 prospective jurors entered the courtroom.

Introduction of counsel.

Oath as to qualifications administered.

General voir dire conducted.

Juror #26 excused for cause.
Juror #21 excused for cause.

Court directed the clerk to call 14 names; 14 names called.

Individual voir dire conducted.

At 11:41 a.m. court recessed until 12:00 p.m. with 31 prospective jurors present.

Peremptory challenges taken; jury panel of 8 selected.

Impaneling oath administered.

At 12:03 p.m. court thanked and excused excess jurors.

Continued To Page 2

DATE: MAY 17, 2011      DEPUTY CLERK'S INITIALS: SCD

Revised 6/18/07

```
                    CONTINUATION - PAGE 2
          CHARLES E. NASH vs. E&Y DEVELOPMENT, INC., ET AL
                        3:08-CV-00019-TMB
                       TRIAL BY JURY - DAY 1
                          MAY 17, 2011
-----------------------------------------------------------------
```

Preliminary instructions heard.

At 12:23 p.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits and plaintiff exhibit 16; Plaintiff exhibit 16 to be redacted and given a new number.

At 12:31 p.m. court recessed until 1:44 p.m. without the jury panel present.

Court and counsel heard re plaintiff exhibit 20 and all other exhibits.

At 1:49 p.m. the jury panel entered the courtroom.

Court addressed the jury panel re delay.

At 1:50 p.m. court recessed until 2:09 p.m. without the jury panel present.

Court and counsel heard re exhibits; plaintiff exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21 **ADMITTED**.

At 2:12 p.m. court recessed until 2:17 p.m. with the jury panel present.

Opening statements heard.

Terry T. Brady sworn and testified on behalf of the plaintiff.

At 3:24 p.m. court recessed until 3:44 p.m. with the jury panel present.

Charles E. Nash sworn and testified on behalf of himself.

Witness exclusionary rule invoked.

DATE:      MAY 17, 2011            DEPUTY CLERK'S INITIALS:   SCD

Revised 6/18/07

```
                    CONTINUATION - PAGE 3
         CHARLES E. NASH vs. E&Y DEVELOPMENT, INC., ET AL
                       3:08-CV-00019-TMB
                     TRIAL BY JURY - DAY 1
                         MAY 17, 2011
---------------------------------------------------------------
```

At 4:44 p.m. the jury panel exited the courtroom to reconvene Wednesday, May 18, 2011 at 9:30 a.m.

Court and counsel heard re trial scheduling.

At 4:47 p.m. court recessed this matter to reconvene **Wednesday, May 18, 2011 at 9:15 a.m.**

DATE:      MAY 17, 2011         DEPUTY CLERK'S INITIALS:   SCD

Revised 6/18/07