MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CHARLES E. NASH vs. E&Y DEVELOPMENT, INC., ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:08-CV-00019-TMB

DEPUTY CLERK/RECORDER: SUZANNETTE DAVID

APPEARANCES: PLAINTIFF: CHARLES E. NASH, PRO SE

DEFENDANT: KENNETH P. JACOBUS

PROCEEDINGS: TRIAL BY JURY - DAY 3/SETTLEMENT HELD MAY 19, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:39 a.m. court reconvened without the jury panel present.

Court and counsel heard re jury notes.

At 10:58 a.m. court recessed until 11:55 a.m. without the jury panel present.

Court and counsel heard re parties had reached a settlement.

Court ordered Mr. Jacobus to file a status report and motion to dismiss by **close of business on May 26, 2011**.

At 12:01 p.m. the jury panel entered the courtroom.

Court informed the jury panel that the parties had reached a settlement.

Court thanked and excused the jury panel.

List of Witnesses and List of Exhibits to be filed separately.

Jury Instructions **FILED**.

Special Verdict Form **FILED**.

All admitted exhibits returned to counsel.

At 12:04 p.m. court adjourned.

DATE: MAY 19, 2011     DEPUTY CLERK'S INITIALS: SCD

Revised 6/18/07